# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                        Plaintiff,

v.

                        Case No.: 1:23−cv−02130

                        Honorable Joan H. Lefkow

Travelers Casualty Insurance Company of America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 5/30/2023 at 11:00 a.m. in courtroom 2201. For status hearings in civil cases, counsel appearing more than 35 miles from the courthouse may request to appear by telephone. If you need to appear virtually, send the attached form to Judge Lefkow's courtroom deputy. The deputy will inform you as to whether your request has been approved. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.