# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                              Plaintiff,

v.                                                                               Case No.: 1:23−cv−02130

                                                                                    Honorable LaShonda A. Hunt

Travelers Casualty Insurance Company of America

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 5, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been reassigned to the calendar of Judge Hunt. Defendant Travelers Casualty Insurance Company of America's motion to dismiss [11] is fully briefed and taken under advisement. The Court will rule by mail. The parties are ordered to file a Joint Initial Status Report for Reassigned Case by 7/14/2023. A template for the report can be found on Judge Hunt's webpage on the Court's website under "New and Reassigned Cases." An in−person status hearing is set for 7/27/2023, at 10:30 a.m. in Courtroom 1219. Emailed notice.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.