# United States District Court
# Northern District of Illinois

In the Matter of

2 LeMoyne Parkway Condominium Association     Magistrate Judge Beth W. Jantz

v.     Case No. 23-CV-2130

Travelers Casualty Insurance Company of America

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to a magistrate judge of this Court. The designated magistrate judge is no longer sitting. The reasons for my recommendation are indicated on the reverse of this form.

*/s/ LaShonda A. Hunt*

**Judge LaShonda A. Hunt**

Date: Thursday, July 20, 2023

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*/s/ Rebecca R. Pallmeyer*

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, July 20, 2023

District Referral - By Lot to a Magistrate Judge

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

.......................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: