# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                                                Plaintiff,

v.                                                                                                   Case No.: 1:23−cv−02130

                                                                                                      Honorable LaShonda A. Hunt

Travelers Casualty Insurance Company of America

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 21, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Magistrate Judge Beth W. Jantz for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. The parties are instructed to meet and confer on a discovery schedule and to submit a proposed discovery plan, including a statement as to whether the parties are interested in a settlement conference, to the Court no later than 8/7/2023. The parties are to consult Judge Jantz's Standing Order on Initial Status Conferences and Reports for instructions on what must be included in the proposed discovery plan. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.