# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                              Plaintiff,

v.                                              Case No.: 1:23−cv−02130

                                              Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

        MINUTE entry before the Honorable Beth W. Jantz: For clarification of the Court's prior order [23], the "joint status report" ordered by this Court [21] is to include only a joint proposed discovery plan and a statement as to whether the parties have discussed settlement and whether the parties are interested in a settlement conference at this time. The parties should refer to Judge Jantz's Standing Order on Initial Status Conferences and Reports for further guidance. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.