# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                              Plaintiff,

v.                                                                                 Case No.: 1:23−cv−02130

                                                                                Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 10, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the parties' joint status report and sets the following discovery deadlines. Rule 26(a)(1) disclosures shall issue by 8/31/2023. Initial written discovery requests shall issue by 9/29/2023. Fact discovery to be completed by 12/29/2023. An expert discovery schedule will be set at the close of fact discovery. An initial telephonic status conference is set for 11/8/2023 at 10:45 A.M. To join the status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.