# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                                      Plaintiff,

v.                                                                                   Case No.: 1:23−cv−02130

                                                                                    Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 11/8/2023 and continued to 1/18/2024 at 10:15 a.m. The parties report that initial disclosures have been produced along with Defendant's written discovery requests. The Plaintiff does not need to issue any written discovery requests and is currently working on responding to the Defendant's requests, which responses are now due by 11/22/2023. The parties are encouraged to exchange expert reports as they are able to facilitate consideration of settlement. The fact discovery close date is stricken and will be reset as necessary. To join the 1/18/2024 status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.