# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

Plaintiff,

v.

Case No.: 1:23−cv−02130

Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

    MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 1/18/2024 and continued to 4/25/2024 at 1:45 p.m. The parties report that written discovery is complete aside from a final supplemental production from the Defendant. Once that production is complete the parties will work on a deposition schedule and anticipate needing until the end of April to complete said depositions. The parties would like to complete some more discovery before discussing settlement. The parties should contact the Court ahead of the next status if they are interested in pursuing settlement negotiations with the Court's assistance. To join the 4/25/2024 status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.