## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                            Plaintiff,

v.                                   Case No.: 1:23−cv−02130
                                   Honorable Beth W. Jantz

Travelers Casualty Insurance Company of
America

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Judge Jantz's telephone conference line has changed. For the telephonic status hearing set on 4/25/2024, the parties shall dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.