# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

2 LeMoyne Parkway Condominium Association

                        Plaintiff,

v.                                                    Case No.: 1:23−cv−02130

                                                         Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 4/25/2024 and continued to 5/22/2024 at 9:00 a.m. The parties report that written discovery is complete. Once the defense receives an expert report from plaintiff (now due by 5/10/24), the parties may be open to settlement talks. At the next status, the parties will report on the evaluation of that expert report and on next steps to move the case forward. To join the hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.