# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                                               Plaintiff,

v.                                                                       Case No.: 1:23−cv−02130
                                                                        Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The status hearing scheduled for 5/22/2024 is cancelled, and instead the parties shall file a joint status report by 5/29/2024. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.