## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                        Plaintiff,

v.                                                Case No.: 1:23−cv−02130

                                                Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2024:

      MINUTE entry before the Honorable Beth W. Jantz:The Court has reviewed the parties' joint status report [36]. The defense has now received an expert report from plaintiff, and the parties are considering the possibility of settlement talks. A telephonic status us set for 6/27/2024 at 3:00 p.m. At the next status, the parties will report on the evaluation of that expert report and on next steps to move the case forward, including continuation of discovery or an interest in a settlement conference, which the parties should discuss between themselves ahead of time. To join the hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Mailed notice(as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.