## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association
                                  Plaintiff,

v.                                                                                Case No.: 1:23−cv−02130
                                                                                Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 6/27/2024 and continued to 7/19/2024 at 11:45 a.m. The parties report that they would like to meet and confer further about potential settlement options. At the next status, the parties will report on the progress of settlement or, if they need to move forward with discovery, a proposed discovery schedule. To join the hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.