# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| 2 LeMoyne Parkway Condominium Association<br>Plaintiff, | |
| v. | Case No.: 1:23−cv−02130<br>Honorable Beth W. Jantz |
| Travelers Casualty Insurance Company of America<br>Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 7/19/2024 and continued to 10/24/2024 at 1:15 p.m. After some discussions, the parties are not interested in settlement talks and would like to move forward with discovery. The Court sets a fact discovery deadline of 10/28/2024. To join the hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.