IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| 2 LeMoyne Parkway Condominium Association )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY INSURANCE COMPANY OF )<br>AMERICA )<br>)<br>Defendant. )<br>_____) | Case No: 1:23-cv-02130 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff, 2 LEMOYNE PARKWAY CONDOMINIUM ASSOCIATION, hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Plaintiff in the above-captioned lawsuit. In support of this motion, Plaintiff states as follows:

1. Ross Good entered appearance on behalf of Defendant on April 6, 2023. (Doc. 7)
2. Plaintiff will continue to be represented by other counsel who have already entered their appearance.

**WHEREFORE**, Plaintiff, 2 LEMOYNE PARKWAY CONDOMINIUM ASSOCIATION, respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that ROSS GOOD's appearance be withdrawn, *instanter*.

Dated July 25, 2024                    Respectfully submitted,

                                       **2 LEMOYNE PARKWAY CONDOMINIUM ASSOCIATION,**
                                       Plaintiff
                                       By:    /s/*Ross M. Good*
                                              One of His Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email:  ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

    /s/Ross M. Good