# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

2 LeMoyne Parkway Condominium Association

                                            Plaintiff,

v.                                                      Case No.: 1:23−cv−02130

                                                                     Honorable Beth W. Jantz

Travelers Casualty Insurance Company of America

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Motion by Attorney Ross Michael Good to withdraw as attorney for 2 LeMoyne Parkway Condominium Association [41] is granted. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.